**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

**No. 97-20705**
_____


**GWENDA K. WASHINGTON,**

**Plaintiff-Appellant,**


**VERSUS**


**MILESTONE INVESTMENTS INCORPORATED,**

**Defendant-Appellee.**


_____

Appeal from the United States District Court
For the Southern District of Texas
(H-95-CV-5202)
_____


April 13, 1998

Before REAVLEY, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. See Rule 47.6.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.